UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMAD HEKMAT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C14-1177-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

　　　　The court has considered the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. No one has objected to the R&R. The court ADOPTS the R&R (Dkt. # 12), and thereby DENIES the Commissioner's motion to dismiss, GRANTS Plaintiff's motion to seal, and REMANDS this case to the Social Security Administration for further proceedings consistent with the R&R.

　　　　The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

　　　　DATED this 8th day of December, 2014.

　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER REMANDING CASE
PAGE - 1